UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:19-CR-00077-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JAMES LEE ENLOE (01)** | **MAGISTRATE JUDGE KAY** |

## MEMORANDUM ORDER

Before the court is a Second Motion for Early Termination of Supervised Release [doc. 167], filed by defendant James Lee Enloe. Mr. Enloe was charged in this court with one count of possession with intent to distribute methamphetamine, a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), and one count of possession of a firearm during a drug trafficking crime, a violation of 18 U.S.C. § 924(c). Doc. 1. He pled guilty to the narcotics charge and was sentenced to a 60-month term of imprisonment, with credit for time served since April 2019, with a four-year term of supervised release. Docs. 144, 145.

Mr. Enloe previously moved for early termination of his supervised release in December 2023. Doc. 165. After noting objections from the United States Attorney's Office, the undersigned denied the motion because of the limited amount of time Mr. Enloe had spent on supervision in relation to his lengthy history of addiction and involvement in illegal drug activity. Doc. 166. Mr. Enloe, through counsel, now brings a second motion for early termination after completing another year of supervised release. Doc. 167. This

time neither the United States Probation Office nor the United States Attorney's Office opposes the request.

The court has broad discretion to grant an early termination, after the defendant has served at least one year of his supervised release, if the relief is warranted by the defendant's conduct and the interests of justice and consistent with the factors set forth in 18 U.S.C. § 3553(a). *United States v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998). Mr. Enloe's post-release conduct has been commendable. Based on this record, the input of his probation officer, and the factors set forth in 18 U.S.C. § 3553(a), the court finds that an early termination is warranted. Accordingly, **IT IS ORDERED** that the Motion [doc. 167] be **GRANTED**. The term of supervised release for defendant James Enloe is hereby terminated as of this date and Mr. Enloe is discharged from supervision.

**THUS DONE AND SIGNED** in Chambers on the 6th day of January, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE